

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EDUCATIONAL CREDIT MANAGEMENT CORPORATION                       PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:06-CV-258-HTW-LRA

AAP STAFF SERVICES, INC.                                        DEFENDANT

## AGREED JUDGMENT AGAINST AAP STAFF SERVICES, INC.

The Plaintiff and Defendant, parties in this case, hereby agree to the entry of this Agreed Judgment and enter their legal appearances herein. The Court finds that it has jurisdiction of the parties and subject matter in this cause, that the parties have agreed to this Judgment as shown by their signatures hereto, and that Plaintiff is entitled to a Judgment as set forth herein.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff recover from the Defendant, AAP Staff Services, Inc., the sum of $7,959.70, plus reasonable attorney's fees in the sum of $2,653.23, for a total of $10,612.93, plus Eight Percent (8%) interest per annum from May 12, 2006 (date of filing of suit) until paid, plus all court costs, all of which let execution issue.

SO ORDERED, this the 10th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

READ, AGREED AND APPROVED:

_____            _____
LESTER F. SMITH                            ART PULLUM
Attorney for Plaintiff                     CHAIRMAN AND CEO OF
                                           AAP STAFF SERVICES, INC.